**Order entered November 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00459-CV

### IN THE INTEREST OF C.E.W., A CHILD

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-56270-2011**

## ORDER

We **DENY** appellee Mitchell Harry Wolff's October 29, 2014 objection and motion to strike supplemental reporter's record.

We **GRANT** appellant's October 23, 2014 amended unopposed motion for extension of time to file reply brief and **ORDER** the brief be filed no later than November 17, 2014.


/s/     ADA BROWN
            JUSTICE